UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BERNAL,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>   Defendants. | Case No.: 1:20-cv-0829 - AWI JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 9) |

Barbara Bernal is an employee of the United States Postal Service and asserts she has suffered retaliation in violation of Title VII and intentional infliction of emotional distress in the course of her employment. In addition, she seeks to hold the defendants and unidentified individuals liable for failure to prevent retaliation under Cal. Gov't Code § 12940. (*See generally* Doc. 5)

On September 14, 2020, the Court reviewed the allegations of Plaintiff's Second Amended Complaint and recommended the action be dismissed without leave to amend. (Doc. 8) At that time, Plaintiff was granted fourteen days to file any objections to the Findings and Recommendations issued by the Court. (Doc. 8 at 9) Plaintiff now requests an extension of time, reporting that she is seeking counsel "to represent her to object [to] the findings and recommendations." (Doc. 9 at 1) Therefore, Plaintiff requests that she be given until September 28, 2020 to file her objections. (*Id.* at 1-2) Based upon the information provided, the Court **ORDERS**:

   1.     Plaintiff's motion for an extension of time (Doc. 9) is **GRANTED**; and

1

2.   Plaintiff **SHALL** file any objections to the Findings and Recommendations no later than **September 28, 2020**.

Plaintiff is reminded that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991); *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:   **September 17, 2020**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE