# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BERNAL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POST SERVICE, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00829-AWI-BAK (SAB)<br><br>ORDER AUTHORIZING SERVICE OF COMPLAINT, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO APRIL 26, 2022<br><br>(ECF Nos. 13, 16)<br><br>**THIRTY DAY DEADLINE** |

Plaintiff Barbara Bernal, proceeding *pro se* and *in forma pauperis*, filed this action on June 15, 2020, against Defendant Megan J. Brennan, and the United States Postal Service. This action was initially assigned to District Judge Anthony Ishii and Magistrate Judge Sheila Oberto. On June 18, 2020, the action was reassigned to Magistrate Judge Jennifer Thurston. (ECF No. 3.) Following screenings, on November 20, 2020, Plaintiff filed a third amended complaint. (ECF No. 13) On December 3, 2020, the Court screened Plaintiff's third amended complaint and found that it stated a cognizable claim against Defendants only for a violation of Title VII, and issued findings and recommendations recommending that the action only proceed on the claim found to be cognizable. (ECF No. 14.) On March 1, 2021, the District Judge adopted the finding and recommendations, and this action now proceeds against Defendants on the Title VII

1

1 claim only.  (ECF No. 16.)

2     On September 1, 2021, a summons was issued, and new case documents were issued 3 setting a scheduling conference in this matter, which has now been continued to January 24, 4 2022. (ECF Nos. 17, 18, 20.)  While the summons were issued and mailed to Plaintiff, there is 5 no evidence in the record that the Defendants have been served in this action.  Given Plaintiff is 6 proceeding *in forma pauperis*, the Court shall now authorize service and direct Plaintiff to 7 complete service documents for the U.S. Marshal to effectuate service.  The Court shall also 8 continue the scheduling conference currently set for January 24, 2022, to allow for time for 9 Defendants to be served and file any responsive pleading.

10     Accordingly, it is HEREBY ORDERED that:

11   1.   Service shall be initiated on the following Defendants:

12     **UNITED STATES POSTAL SERVICE**

13     **MEGAN J. BRENNAN**

14   2.   The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) 15     summons, a Notice of Submission of Documents form, an instruction sheet, and a 16     copy of the third amended complaint filed November 20, 2020;

17   3.   Within **thirty (30) days** from the date of this order, **Plaintiff shall complete** the 18     attached Notice of Submission of Documents and submit the completed Notice to 19     the Court with the following documents:

20     a.   One completed summons for each Defendant listed above;

21     b.   One completed USM-285 form for each Defendant listed above; and

22     c.   Three (3) copies of the endorsed third amended complaint filed November 23     20, 2020;

24   4.   Plaintiff need not attempt service on the Defendants and need not request waiver 25     of service.  Upon receipt of the above-described documents, the Court will direct 26     the United States Marshal to serve the above-named Defendants pursuant to 27     Federal Rule of Civil Procedure 4 without payment of costs;

28   5.   **The failure by Plaintiff to comply with this order will result in dismissal of**

**this action**;

6. The scheduling conference set for January 24, 2022, is CONTINUED to **April 26, 2022, at 10:00 a.m.** in Courtroom 9; and

7. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **January 11, 2022**

UNITED STATES MAGISTRATE JUDGE