1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BERNAL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POST SERVICE, et al.,<br><br>    Defendants. | Case No.  1:20-cv-00829-AWI-BAK (SAB)<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JUNE 23, 2022 AT 10:00 A.M.<br><br>(ECF Nos. 22, 23, 24) |

Plaintiff Barbara Bernal, proceeding *pro se* and *in forma pauperis*, filed this action on June 15, 2020, against Defendant Megan J. Brennan, and the United States Postal Service.  This action was initially assigned to District Judge Anthony Ishii and Magistrate Judge Sheila Oberto.  On June 18, 2020, the action was reassigned to Magistrate Judge Jennifer Thurston.  (ECF No. 3.)  Following screenings, on November 20, 2020, Plaintiff filed a third amended complaint. (ECF No. 13)  On December 3, 2020, the Court screened Plaintiff's third amended complaint and found that it stated a cognizable claim against Defendants only for a violation of Title VII, and issued findings and recommendations recommending that the action only proceed on the claim found to be cognizable.  (ECF No. 14.)  On March 1, 2021, the District Judge adopted the finding and recommendations, and this action now proceeds against Defendants on the Title VII claim only.  (ECF No. 16.)

On September 1, 2021, a summons was issued, and new case documents were issued

setting a scheduling conference in this matter.  (ECF Nos. 17, 18, 20.)  While the summons were issued and mailed to Plaintiff, there is no evidence in the record that the Defendants have been served in this action.  Given Plaintiff is proceeding *in forma pauperis*, on January 12, 2022, the Court authorized service and directed Plaintiff to complete service documents for the U.S. Marshal to effectuate service.  The Court also continued the scheduling conference until April 26, 2022.  (ECF No. 22.)  On February 9, 2022, Plaintiff submitted the service documents to the Court.  (ECF No. 24.)  No summons have been returned executed, and no Defendants have appeared in this action.  The Court shall continue the scheduling conference to allow for the Defendants to appear in this action.

Accordingly, it is HEREBY ORDERED that:

1.      The scheduling conference set for April 26, 2022, is CONTINUED to **June 23, 2022, at 10:00 a.m.** in Courtroom 9; and

2.      The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   __April 5, 2022__

_____
UNITED STATES MAGISTRATE JUDGE