# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BERNAL, | Case No. 1:20-cv-00829-AWI-BAK |
| Plaintiff, | ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |
| v. | |
| UNITED STATES POSTAL SERVICE, et al., | ORDER CONTINUING SCHEDULING CONFERENCE TO SEPTEMBER 27, 2022 AT 11:00 A.M. |
| Defendants. | |
| | (ECF Nos. 13, 14, 24) |

Plaintiff Barbara Bernal, proceeding *pro se* and *in forma pauperis*, filed this action on June 15, 2020, against Defendant Megan J. Brennan, and the United States Postal Service. This action was initially assigned to District Judge Anthony Ishii and Magistrate Judge Sheila Oberto. On June 18, 2020, the action was reassigned to Magistrate Judge Jennifer Thurston. (ECF No. 3.) Following screenings, on November 20, 2020, Plaintiff filed a third amended complaint. (ECF No. 13) On December 3, 2020, the Court screened Plaintiff's third amended complaint and found that it stated a cognizable claim against Defendants only for a violation of Title VII, and issued findings and recommendations recommending that the action only proceed on the claim found to be cognizable. (ECF No. 14.) On March 1, 2021, the District Judge adopted the finding and recommendations, and this action now proceeds against Defendants on the Title VII claim only. (ECF No. 16.) On September 1, 2021, a summons was issued, and new case

1  documents were issued setting a scheduling conference in this matter. (ECF Nos. 17, 18, 20.)

2        This action was reassigned to Magistrate Judge Stanley A. Boone on January 6, 2022.
3  (ECF No. 21.) Because there was no evidence in the record that the Defendants had been served
4  in this action, and given Plaintiff is proceeding *in forma pauperis*, on January 12, 2022, the Court
5  authorized service and directed Plaintiff to complete service documents for the U.S. Marshal to
6  effectuate service. (ECF No. 22.) On February 9, 2022, Plaintiff submitted the service
7  documents to the Court. (ECF No. 24.) Due to an administrative error, the service documents
8  returned on February 9, 2022, were not forwarded to the United States Marshals Service. A
9  scheduling conference is currently set in this matter for June 23, 2022. (ECF No. 25.)

10        The Court shall direct the Clerk of the Court to forward the service documents to the
11  United States Marshals Service. The Court shall continue the scheduling conference to allow
12  time for service to be completed on the Defendants and for Defendants to file any responsive
13  pleadings.

14        Accordingly, IT IS HEREBY ORDERED that:

15  1.     For each defendant to be served, the Clerk of the Court is directed to forward the
16         following documents to the United States Marshals Service ("USM"):

17         (a)     One completed and issued summons;
18         (b)     One completed USM−285 form for each defendant to be served, plus one
19               copy for the United States Attorney's Office for the Eastern District of
20               California;
21         (c)     One copy of the third amended complaint filed November 20, 2020, plus
22               one copy for service upon the United States Attorney, one for service upon
23               the Attorney General of the United States at Washington D.C., and one
24               copy for the United States Marshal;
25         (d)     One copy of this order, plus one copy for service upon the United States
26               Attorney, one copy for service upon the Attorney General, and one copy
27               for the United States Marshal;
28  2.     Within ten days from the date of this order, the USM is directed to notify the

following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

> **United States Postal Service**
>
> **Megan J. Brennan**

3. The USM shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

4. If a waiver of service is not returned by a defendant within sixty (60) days of the date of mailing the request for waiver, the USM shall:

   a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c). The USM shall maintain the confidentiality of all information provided pursuant to this order.

   b. Within ten days after personal service is effected, the USM shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM−285 form and shall include the costs incurred by the USM for photocopying additional copies of the summons and complaint and for preparing new USM−285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

5. **If defendants waive service, they are required to return the signed waivers to the USM. The filing of an answer or a responsive motion does not relieve defendants of this requirement, and the failure to return the signed waivers may subject defendants to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).**

///

6. The scheduling conference set for June 23, 2022, is CONTINUED to **September 27, 2022, at 11:00 a.m.** in Courtroom 9; and

7. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 31, 2022**

UNITED STATES MAGISTRATE JUDGE