# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BARBARA BERNAL,**

CASE NO: **1:20–CV–00829–AWI–CDB**

v.

**UNITED STATES POSTAL SERVICE, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/6/2023**

**Keith Holland**
Clerk of Court

ENTERED: **March 6, 2023**

by: /s/ C. Marrujo
Deputy Clerk